1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
JESUS GUZMAN-LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:10-CR-00419 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: November 4, 2010<br>TIME: 9:00 a.m. |
| JESUS GUZMAN-LUCATERO | JUDGE: Hon. England |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through

Michele Beckwith, Assistant U.S. Attorney, and the defendant, JESUS GUZMAN-LUCATERO

by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set

for Thursday, November 4, 2010 be continued to Thursday November 18, 2010

at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review

discovery with the defendant, to examine possible defenses and to continue investigating the

facts of the case.

- 1 -

1       Accordingly, the parties believe that the continuance should be excluded from the

2   calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure

3
4   effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

5   3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance

6   outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

7
8   3161(h)(8)(A).

9
    DATED:  November 1, 2010
10
11                                           Respectfully submitted,

12                                            _/s/ Preeti Bajwa_____
                                             PREETI K. BAJWA
13                                           Attorney for Defendant
                                             JESUS GUZMAN-LUCATERO
14
15

16  DATED: November 1, 2010               BENJAMIN WAGNER
17                                         United States Attorney

18                                          _/s/ Michele Beckwith
19                                         MICHELE BECKWITH
                                           Assistant U.S. Attorney
20                                         Attorney for Plaintiff

21
22
23
24
25
26
27
28

1

## <u>ORDER</u>

2

IT IS SO ORDERED. Time is excluded from today's date through and including

3

November 18, 2010 in the interests of justice pursuant to 18 U.S.C. section

4

3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

5

6

7

DATED:  November 2, 2010

8

9

_____

10

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28