1  Law Offices of Preeti K. Bajwa
2  Preeti K. Bajwa (SBN 232484)
3  901 H. Street, Suite 208
   Sacramento, CA 95814
4  (916) 444-7100

5  Attorney for Defendant
6  JESUS GUZMAN-LUCATERO

7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA | No. 2:10CR00419 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: November 10, 2010 |
| | TIME: 9:00 a.m. |
| JESUS GUZMAN-LUCATERO | JUDGE: Hon. England |
| Defendant | |

   It is hereby stipulated and agreed to between the United States of America through Michele Beckwith, Assistant U.S. Attorney, and the defendant, JESUS GUZMAN-LUCATERO by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Wednesday, November 10, 2010 be continued to Thursday December 16, 2010 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1  Accordingly, the parties believe that the continuance should be excluded from the
2  calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure
3
4  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
5  3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance
6  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
7  3161(h)(8)(A).
8

DATED:  November 8, 2010

Respectfully submitted,

 /s/ Preeti Bajwa_____
PREETI K. BAJWA
Attorney for Defendant
JESUS GUZMAN-LUCATERO


DATED: November 8, 2010                    BENJAMIN WAGNER
                                           United States Attorney

                                            /s/ Michele Beckwith
                                           MICHELE BECKWITH
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

1 **ORDER**

2 IT IS SO ORDERED. Time is excluded from today's date through and including

3
4 December 16, 2010 in the interests of justice pursuant to 18 U.S.C. section

5 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

6

7
8 DATED:  November 10, 2010

9 _____
MORRISON C. ENGLAND, JR
10 UNITED STATES DISTRICT JUDGE