Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
JESUS GUZMAN-LUCATERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10CR00419 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: January 27, 2011 |
| | TIME: 9:00 a.m. |
| JESUS GUZMAN-LUCATERO | JUDGE: Hon. England |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Michele Beckwith, Assistant U.S. Attorney, and the defendant, JESUS GUZMAN-LUCATERO by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the status conference set for Thursday January 27, 2011 be continued to Thursday February 17, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

10cr00419.so.0131.doc
01/31/11

- 1 -

1  Accordingly, the parties believe that the continuance should be excluded from the
2  calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure
3  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(8)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance
5  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
6  3161(h)(8)(A).

DATED:  January 25, 2011

                                          Respectfully submitted,

                                           /s/ Preeti Bajwa
                                          PREETI K. BAJWA
                                          Attorney for Defendant
                                          JESUS GUZMAN-LUCATERO


DATED: January 25, 2011                BENJAMIN WAGNER
                                          United States Attorney

                                           /s/ Michele Beckwith
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED. Time is excluded from today's date through and including February 17, 2011 in the interests of justice pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 31, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

10cr00419.so.0131.doc
01/31/11

- 3 -